**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Richard Linton CRAWFORD, III, Petitioner**

**No. 521 WAL 2016**

Supreme Court of Pennsylvania.

May 30, 2017

## ORDER

PER CURIAM

**AND NOW**, this 30th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jillian Eileen PROPPS, Petitioner**

**No. 878 MAL 2016**

Supreme Court of Pennsylvania.

May 30, 2017

## ORDER

PER CURIAM

**AND NOW**, this 30th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Patrick HORAN, Petitioner**

v.

**Chad NEWINGHAM, Wally Dittsworth, Raymond Moore, Mary Lou Wyandt, Robert Mackey, Mary Canino, and Jose Quinones, Respondents**

**No. 875 MAL 2016**

Supreme Court of Pennsylvania.

May 30, 2017

## ORDER

PER CURIAM

**AND NOW**, this 30th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**